### MANSFIELD (city) v ENDLEY

Ohio Appeals, 5th Dist, Richland Co
Decided January 21, 1931

For full opinion see 176 NE 462; 38 Oh Ap 528 (Oh Bar 9-8-31).